UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 27 2021
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE No. 4:21MJ00177 JTK |
| | ) | |
| CHRISTEON PEER | ) | DEFENDANT |

## ORDER APPOINTING COUNSEL

Based upon the completed Affidavit or testimony of Defendant **CHRISTEON PEER** concerning his financial ability to employ counsel, the Court finds as follows:

__✓__  Defendant is entitled to counsel, but cannot afford to hire a private lawyer; so the Federal Public Defender Office is appointed to represent the Defendant in all further proceedings herein; or

_____  Defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support; therefore the Federal Public Defender Office is appointed herein, but Defendant shall reimburse the Government for the cost of providing representation, commensurate with the Defendant's ability to pay as directed by further order of the Court; or

_____  Defendant is not eligible for appointment of counsel under 18 U.S.C. §3006A, but is entitled to an immediate hearing and it is in the interest of justice that Defendant be afforded the assistance of counsel; so the Federal Public Defender is temporarily appointed for that purpose.

The Court notes the appearance of Will Shelton, Assistant Federal Defender, to represent the Defendant.

Dated this __27__ day of __July__, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender Office
    Clerk (file)
    U.S. Attorney
    Defendant