FILED
EASTERN DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 03 2021
TAMMY H. DOWNS, CLERK
By:_____
                DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00192 SM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| CHRISTEON JHARMAE PEER | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A.  On or about July 22, 2021, the defendant,

**CHRISTEON JHARMAE PEER,**

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, that is:

1.  Terroristic Threatening 1st Degree (two counts), in Pulaski County, Arkansas, Circuit Court in Case Number 2017-3441; and

2.  Breaking or Entering, in Pulaski County Circuit Court in Case Number 2018-3241.

B.  On or about July 22, 2021, in the Eastern District of Arkansas, the defendant,

**CHRISTEON JHARMAE PEER,**

knowingly possessed, in and affecting commerce, one or more of the following:

1.  A firearm, that is: a Springfield Armory, model XDS-9, 9x19 pistol, bearing serial number S3962450; and

2.  One or more rounds of Federal Auto, .380-caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of Count One of this Indictment, the defendant, CHRISTEON JHARMAE PEER, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to the following property:

1. a Springfield Armory, model XDS-9, 9x19 pistol, bearing serial number S3962450; and
2. One or more rounds of Federal Auto, .380-caliber ammunition.