**CRIMINAL CASE MINUTES**

    **Case Title:**        USA v Christeon Jharmae Peer

    **Case Number:**    4:21cr00192 JM

    **Before U.S. Magistrate Judge Joe J. Volpe**

    **Date of hearing:**   August 27, 2021

    **Time in court:**    12:24 p.m. - 12:25 p.m.

    **ECRO/CRD:**     Lorna Jones

The parties appeared for a detention hearing. Mr. Peer consented to appear by video from PCDF and through counsel withdrew his request for a hearing at this time. The Court granted that request and will enter an Order of Detention. Parties excused.

                        **AUSA:**   Chris Givens

          **Defense Counsel:**   Will Shelton

                        **USPO:**   Ryan Bradley