# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

v.                                                              Case No. 4:21-cr-00192-1-JM

**CHRISTEON JHARMAE PEER**

## ORDER

Defendant is currently in state custody, but should he be released, Defendant should be remanded to the custody of the United States Marshal.  Defendant appeared with counsel on this date for a hearing pursuant to the Bail Reform Act.  I find by clear and convincing evidence that Defendant is a danger to the community, and by a preponderance of the evidence that he is a risk of flight, and no condition or combination of conditions will reasonably assure the safety of the community or Defendant's appearance.  In coming to this conclusion, I have considered, *inter alia*, the Defendant's history of fleeing, the dangerous circumstances Defendant creates for officers and civilians while fleeing, and his specific comments made to officers about fleeing.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.[1]  Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 13th day of September 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The intent of this provision is to ensure defense counsel experiences no unnecessary obstruction communicating with the Defendant in person, by telephone, or (if possible) by video-teleconference.